**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01684-CV

**GLYNNWOOD BOWMAN, INDIVIDUALLY AND JOHN ANGELL, AS RECEIVER, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2006RS4, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01134**

## ORDER

The reporter's record in this case is overdue. By order dated May 14, 2014, we granted Court Reporter Vielica Dobbins's second request to extend the time to file the reporter's record and ordered the reporter's record filed by May 28, 2014. To date Ms. Dobbins has neither filed the reporter's record nor otherwise corresponded with the Court regarding the record. This appeal cannot proceed without the issue of the reporter's record being resolved.

Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file the reporter's record within **TEN DAYS**. We expressly **CAUTION** Ms.

Dobbin that failure to comply with this order or correspond with the Court regarding the status of the reporter's record may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Velicia Dobbins; and all parties.

/s/ ADA BROWN
   JUSTICE